UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAMON S. LEEK,

    Plaintiff,

v.

JOSEPH LEHMAN,

    Defendant.

Case No. C04-5817RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Defendant's motion, the response, and the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is time barred. The action is **DISMISSED WITH PREJUDICE.**

(3) Clerk is directed to send copies of this Order to counsel for plaintiff, counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this _____ day of _____, 2005.

_____
Ronald B. Leighton
United States District Judge

ORDER
Page - 1